**UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

**Wave Digital Assets, LLC**

        Plaintiff,

**v.**

**The United States of America**,

        Defendant.

No.  **25-928 C**

Judge


**Wave Digital Assets, LLC's Rule 7.1 Corporate Disclosure Statement**

In accordance with RCFC 7.1, Wave Digital Assets, LLC states that it is the wholly-owned subsidiary of Wave Digital Assets Holdings LLC. No publicly held corporation owns 10% or more of its stock.


Dated: May 30, 2025

Respectfully submitted,

*Of counsel*
Nicole D. Pottroff
John L. Holtz
Gregory P. Weber
Stephanie L. Ellis
Annie E. Birney
KOPRINCE MCCALL
POTTROFF LLC

*s/ Shane J. McCall*
Shane J. McCall
KOPRINCE MCCALL POTTROFF LLC


901 Kentucky Street, Ste. 301
Lawrence, Kansas 66044
Telephone: (785) 200-8919
*smccall@koprince.com*

*Counsel for Wave Digital Assets, LLC*

## Certificate of Service

I certify that a true and correct copy of this document was provided to the Clerk of Court via the CM/ECF system, for service on the United States under Rule 4, on May 30, 2025. In addition, I emailed a courtesy copy to counsel for the government.

Department of Justice
Commercial Litigation Branch, Civil Division
nationalcourts.bidprotest@usdoj.gov
Albert S. Iarossi, Esq. (Albert.S.Iarossi@usdoj.gov)

*s/ Shane J. McCall*
Shane J. McCall