# UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

**Wave Digital Assets, LLC**

       Plaintiff,

**v.**

**The United States of America**,

       Defendant.

No. 25-cv-00928

Judge   David A. Tapp.

## Motion for a Protective Order

Pursuant to Appendix C of the Rules of the United States Court of Federal Claims ("RCFC"), Wave Digital Assets, LLC ("Wave") respectfully requests that the Court issue a standard Protective Order for this Bid Protest (see RCFC Form 8). This Bid Protest action and its resolution will likely involve the production of the confidential and proprietary information of Wave, as well as source-selection sensitive information. Thus, Wave requests the Court to issue its standard Protective Order (see RCFC Form 8), or if applicable here due to prior directly related case, extend any such Protective Order to cover Wave's Bid Protest, instead.

Dated: May 30, 2025

Respectfully submitted,

*Of counsel*
Nicole D. Pottroff
John L. Holtz
Gregory P. Weber
Stephanie L. Ellis
Annie E. Birney
KOPRINCE MCCALL
POTTROFF LLC

*s/ Shane J. McCall*
Shane J. McCall
KOPRINCE MCCALL POTTROFF LLC
901 Kentucky Street, Ste. 301
Lawrence, Kansas 66044

Telephone: (785) 200-8919
*smccall@koprince.com*

*Counsel for Wave Digital Assets, LLC*

**Certificate of Service**

I certify that a true and correct copy of this document was provided to the Clerk of Court via the CM/ECF system, for service on the United States under Rule 4, on May 30, 2025. In addition, I emailed a courtesy copy to counsel for the government.

Department of Justice
Commercial Litigation Branch, Civil Division
*nationalcourts.bidprotest@usdoj.gov*
Albert S. Iarossi, Esq. (Albert.S.Iarossi@usdoj.gov)

*s/ Shane J. McCall*
Shane J. McCall