**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

|  |  |  |
|---|---|---|
| WAVE DIGITAL ASSETS, LLC | ) | |
| | ) | |
| | ) | Case No. 25-928 |
| Plaintiff, | ) | |
| | ) | Judge Tapp |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**COMMAND SERVICES & SUPPORT, INC.'S UNOPPOSED MOTION TO INTERVENE**

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims, Command Services & Support, Inc. ("CMDSS") respectfully moves to intervene as of right in the above-captioned case. Counsel for CMDSS has conferred with counsel for Plaintiff and Defendant, both of whom have indicated that neither party opposes this motion.

In support of its motion, CMDSS states as follows:

(1)    CMDSS is the awardee of a contract issued by the United States Marshals Service ("USMS") in response to Solicitation No. 15M50024QA4400003 ("the Solicitation") for assistance to USMS in managing and disposing of seized or forfeited cryptocurrency assets.

(2)    Following USMS's award to CMDSS, Wave Digital Assets, LLC ("Wave") filed a protest with the Government Accountability Office ("GAO"), challenging the award to CMDSS.

(3)    The GAO denied Wave's protest in a written decision dated March 14, 2025.

(4)    As a result of the GAO's decision, CMDSS has a substantial chance of receiving award of a contract from USMS for the Solicitation's requirements.

(5)     Wave has filed a protest with the Court challenging USMS's contract award to CMDSS.

(6)     Under RCFC 24(a)(2), CMDSS, as the current contract awardee, is entitled to intervene as a matter of right because CMDSS has an interest relating to the subject matter of this action and is "so situated that disposing of the action may as a practical matter impair or impede [CMDSS's] ability to protect its interest."  RCFC 24(a)(2).

(7)     Alternatively, the Court should exercise its discretion to permit CMDSS to intervene pursuant to RCFC 24 because CMDSS's claims and defenses are based upon the same questions of law and fact as the main action.  RCFC 24(b)(1)(B).  Permitting CMDSS to intervene will not cause delay, and will ensure that the Court has a complete and accurate picture of the facts and circumstances of the case, including the substantial and irreparable harm that CMDSS will suffer if the Court grants the relief requested by Wave.

WHEREFORE, Command Services & Support, Inc. requests that the Court grant this motion to intervene.

Respectfully submitted,

  s/Francis E. Purcell, Jr.

Francis E. Purcell, Jr, Esq.
THOMPSON HINE LLP
1919 M Street, N.W., Suite 700
Washington, D.C.  20036-1600
(202) 263-4118 (office)
(202) 331-8330

Attorney of Record for Command Services & Support, Inc.

Of Counsel:
Joseph R. Berger, Esq.
Amaiya Johnson, Esq.
THOMPSON HINE LLP
1919 M Street, N.W., Suite 700
Washington, D.C.  20036-1600
(202) 331-8800 (office)
(202) 331-8330

Dated:  June 4, 2025

3

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that on this 4th day of June, 2025, I caused a true copy of the foregoing Command Services & Support, Inc.'s Motion to Intervene to be served, via the Court's electronic filing system, on the parties of record in this matter.

s/Francis E. Purcell, Jr.