**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

|  |  |  |
|---|---|---|
| WAVE DIGITAL ASSETS, LLC | ) | |
| | ) | |
| | ) | Case No. 25-928 |
| Plaintiff, | ) | |
| | ) | Judge Tapp |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INTERVENOR'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Intervenor

Command Services & Support, Inc. states that it does not have a parent corporation and no publicly-

held corporation owns 10% of more of its stock.

Respectfully submitted,

 s/Francis E. Purcell, Jr.

Francis E. Purcell, Jr, Esq.
THOMPSON HINE LLP
1919 M Street, N.W., Suite 700
Washington, D.C.  20036-1600
(202) 263-4118 (office)
(202) 331-8330 (facsimile)

Attorney of Record for Command Services & Support,
Inc.

Of Counsel:
Joseph R. Berger, Esq.
Amaiya Johnson, Esq.
THOMPSON HINE LLP
1919 M Street, N.W., Suite 700
Washington, D.C.  20036-1600
(202) 331-8800 (office)
(202) 331-8330 (facsimile)

Dated:  June 4, 2025

## <u>CERTIFICATE OF SERVICE</u>

I DO HEREBY CERTIFY that on this 4th day of June, 2025, I caused a true copy of the foregoing Command Services & Support, Inc.'s Rule 7.1 Disclosure Statement to be served, via the Court's electronic filing system, on the parties of record in this matter.


 s/Francis E. Purcell, Jr.