**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| WAVE DIGITAL ASSETS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25-928 C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Tapp) |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| COMMAND SERVICES & | ) | |
| SUPPORT, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |
| | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's order during the initial status conference on June 4, 2025, directing the parties to meet and confer and file a joint status report (JSR) with the Court, the parties submit the following JSR.  On June 5, 2025, the parties conferred to discuss how to proceed in this matter and a proposed schedule on the merits.  On June 12, 2025, the parties agreed to the below proposed schedule.  However, in the event a preliminary injunction is granted, the Government intends to request an expedited schedule.

| | |
|---|---|
| Defendant Files the Administrative Record | Monday, July 21, 2025 |
| Plaintiff Files its Motion for Judgement on the Administrative Record (MJAR) and Amended Complaint | Wednesday, August 20, 2025 |
| Defendant and Defendant-Intervenor Files its Cross-MJAR and Responses to the Plaintiff's MJAR | Friday, September 19, 2025 |
| Plaintiff Files its Response to the Defendant's and Defendant-Intervenor's Motions and Responses | Friday, October 3, 2025 |
| Defendant and Defendant-Intervenor Files its Final Reply | Friday, October 17, 2025 |
| Joint Appendix | Friday, October 24, 2025 |
| Oral Argument | TBD if desired by the Court |

1

Accordingly, the parties respectfully request that the Court issue an order approving the agreed upon schedule above.

|                                          | Respectfully submitted,                    |
|------------------------------------------|--------------------------------------------|
|                                          | BRETT A. SHUMATE                           |
|                                          | Assistant Attorney General                 |
| s/ Shane J. McCall                       |                                            |
| Shane J. McCall                          |                                            |
| KOPRINCE MCCALL POTTROFF LLC             | PATRICIA M. McCARTHY                        |
| 901 Kentucky Street, Ste. 301            | Director                                    |
| Lawrence, Kansas 66044                   |                                            |
| Telephone: (785) 200-8919                | s/ DOUGLAS K. MICKLE                        |
| smccall@koprince.com                     | *For* ALBERT S. IAROSSI                     |
|                                          |     Assistant Director                      |
| *Of Counsel*                             |                                            |
| Nicole D. Pottroff                       | s/ Elinor J. Kim                            |
| John L. Holtz                            | ELINOR J. KIM                               |
| Gregory P. Weber                         | Trial Attorney                              |
| Stephanie L. Ellis                       | Commercial Litigation Branch                |
| Annie E. Birney                          | Civil Division                              |
|                                          | U.S. Department of Justice                  |
| *Attorneys for Plaintiff*                | P.O. Box 480                                |
|                                          | Ben Franklin Station                        |
|                                          | Washington, D.C.  20044                     |
|                                          | Tel.:     (202) 616-0344                    |
|                                          | Fax:     (202) 307-0972                     |
|                                          | E-mail:  Elinor.J.Kim@usdoj.gov             |
|                                          |                                            |
|                                          | *Attorneys for Defendant*                   |
|                                          |                                            |
|                                          | s/ Francis E. Purcell, Jr.                  |
|                                          | Francis E. Purcell, Jr, Esq.                |
|                                          | THOMPSON HINE LLP                           |
|                                          | 1919 M Street, N.W., Suite 700              |
|                                          | Washington, D.C. 20036-1600                 |
|                                          | (202) 263-4118 (office)                     |
|                                          | (202) 331-8330                              |
|                                          |                                            |
| June 13, 2025                            | *Attorney of Record for Defendant-Intervenor* |

2